

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2021

No. 04-20-00126-CV

Gabriel **CANTU,**
Appellant

v.

**C & W RANCHES, LTD.,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 180361CVA
Honorable Jessica Crawford, Judge Presiding

# **O R D E R**

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice (dissenting)
                Luz Elena D. Chapa, Justice (not participating)
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Appellee C & W Ranches, Ltd.'s motion for en banc reconsideration is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court